**Order entered June 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00209-CV

### FLUOR INTERCONTINENTAL, INC., Appellant

### V.

### DAVID DAWSON, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-15340**

## ORDER

We **GRANT** appellant's June 3, 2014 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than July 14, 2014.

/s/    ELIZABETH LANG-MIERS
        JUSTICE